# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RICHARD HUGH YOUNKMAN | § | |
| | § | Civil Action No. 4:18-CV-568 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| JOHN PAYTON, JUSTICE OF THE | § | |
| PEACE, PRECINCT 3, PLACE 2, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 20, 2018, the report of the Magistrate Judge (Dkt. #7) was entered containing proposed findings of fact and recommendations that Plaintiff's "Emergency [Motion for] Restraining Order Injunction to Block State Court from Moving Forward with the Foreclosure and Eviction while my Motion to Challenge Jurisdiction is Pending, and Request for Emergency Hearing on the Matter in this Court" ("Emergency Motion") (Dkt. #2) be **DENIED.**

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Emergency Motion (Dkt. #2) is **DENIED**.

SIGNED this 5th day of October, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE